```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    HATTIESBURG DIVISION
```

REPUBLIC FINANCE, L.L.C.
successor of Fidelity National Corporation
d/b/a Republican Finance                              PLAINTIFF

VERSUS                             CIVIL ACTION NO. 2:04cv221BrS

CLUADE GOOCH, ARTHUR WILLIAMS,
MICHELLE PETERS, AND JONATHON BROWN                  DEFENDANTS

## ORDER

This action came before the Court on the plaintiff's Motion to Compel Arbitration.  The Court, having granted the motion and stayed the underlying proceedings in Civil Action No. 2:03cv9SRo in the United States District Court for the Southern District of Mississippi as to the claims of Claude Gooch, Arthur Williams, Michelle Peters, and Jonathon Brown, hereby orders that the present case be closed.  Accordingly,

IT IS HEREBY ORDERED that this case be closed;

IT IS FURTHER ORDERED that the parties are to notify United States District Judge L.T. Senter, Jr. at such time as the arbitration process is concluded.

SO ORDERED, this the 15th day of February, 2005.


                                   S/DAVID BRAMLETTE
                                   UNITED STATES DISTRICT JUDGE