IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

REPUBLIC FINANCE, LLC

VS.                                                      CIVIL ACTION NO. 2:04CV221-Br-Su

CLAUDE GOOCH, ET AL

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause came to the Court's attention by virtue of a Notice of Status with regard to arbitration filed by Plaintiff, Republic Finance, LLC, notifying the Court that the Defendants have not initiated arbitration and the order has been outstanding for approximately one year.

The Court finds that in order to maintain docket control, it should dismiss cases that needlessly remain on the Court's docket without any activity. While the case was closed by order dated February 15, 2005, there has not been an order of dismissal entered.

This Court finds that an order of dismissal without prejudice should be entered that will finally dismiss this case.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the above styled and numbered cause be and the same is hereby dismissed without prejudice.

SO ORDERED this the 7th day of February, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE